No. 11–6926. McDonald v. United States. C. A. 4th Cir. Certiorari denied.

No. 11–6929. Macias-Ovalle v. United States. C. A. 9th Cir. Certiorari denied.

No. 11–6930. Jackson v. United States. C. A. 10th Cir. Certiorari denied.

No. 11–6940. Rodriguez-Quiros v. United States. C. A. 9th Cir. Certiorari denied.

No. 11–6951. Minor v. United States. C. A. 4th Cir. Certiorari denied.

No. 11–6953. Waldron v. United States. C. A. 9th Cir. Certiorari denied.

No. 11–6956. Maier v. United States. C. A. 9th Cir. Certiorari denied.

No. 11–6966. Borja-Vega, aka Vega, aka Ortega, aka Gomez-Borja, aka Orrostieta, aka Aveja Granados, aka Berduzco-Pena, aka Reynosa Vega v. United States. C. A. 5th Cir. Certiorari denied.

No. 11–6968. Gevers v. United States. C. A. 3d Cir. Certiorari denied.

No. 11–6970. Sheffield v. United States. C. A. 4th Cir. Certiorari denied.

No. 11–6972. Blanks v. United States. C. A. 4th Cir. Certiorari denied.

No. 10–1519. Florida v. Garland. Dist. Ct. App. Fla., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–293. Kivisto v. Miller, Canfield, Paddock & Stone, PLC, et al. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.